```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

 NAKIM GARRISON,

                    Plaintiff,              MEMORANDUM & ORDER
                                             24-CV-7651 (EK)(LB)

        -against-


 BANK OF MISSOURI, et al.,

                    Defendants.

--------------------------------------x
```
ERIC KOMITEE, United States District Judge:

        Nakim Garrison filed this Fair Credit Reporting Act lawsuit in the Southern District of New York. The case was transferred to this district in October 2024. Shortly thereafter, the Clerk of Court notified Garrison that his filing was deficient, because he had neither paid the filing fee nor moved to proceed *in forma pauperis*. *See* Notice of Deficient Filing, ECF No. 6. The Clerk warned Garrison that if he did not correct the error within fourteen days, the complaint could be dismissed. *Id.* Garrison did not correct the error within the prescribed timeframe.

        Accordingly, the Court dismisses this action without prejudice. The Clerk of Court is respectfully directed to close this case and mail a copy of this order to Garrison. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal

from this order would not be taken in good faith, and therefore denies *in forma pauperis* status for purposes of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    SO ORDERED.

                                                              /s/ Eric Komitee
                                                          ERIC KOMITEE
                                                          United States District Judge

Dated:    May 16, 2025
             Brooklyn, New York